## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RYAN JOSEPH DAWSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 09-cv-193-MJR** |
| | ) | |
| **JERRY MILLS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On April 3, 2009, the Court ordered Plaintiff to file a certified copy of his prison trust fund account statement within **THIRTY (30) DAYS**.  Almost twice that time has elapsed, but Plaintiff has failed to respond to the Court's order in any way.

**IT IS THEREFORE ORDERED** that case is **DISMISSED** without prejudice for failure to comply with an order of this Court.  FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED this 1st day of June, 2009.**

> **s/ Michael J. Reagan**
> **MICHAEL J. REAGAN**
> **United States District Judge**